AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.   19-4939

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* GlaxoSmithKline LLC and SmithKline Beecham Corp.
was received by me on *(date)* 10.28.19

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* eli cameron, paralegal , who is designated by law to accept service of process on behalf of *(name of organization)* GlaxoSmithKline LLC and SmithKline Beecham Corp on *(date)* 10.29.19 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 10.29.19

Robert Campbell
*Server's signature*

Robert Campbell - Process Server
*Printed name and title*

2411 S. 8th St. Phila., Pa. 19148
*Server's address*

Additional information regarding attempted service, etc: