# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRENDA LEATHERS,<br>    Plaintiff, | : | |
| v. | : | Civil No. 2:19-cv-04939-JMG |
| GLAXOSMITHKLINE, LLC.,<br>    Defendant. | : | |

## ORDER

**AND NOW**, this 7th day of May, 2021, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 36), Plaintiff's Response to Defendant's Motion (ECF No. 40), and Defendant's Reply to Plaintiff's Response (ECF No. 41), **IT IS HEREBY ORDERED** that, for the reasons set forth in the accompanying Memorandum:

1. Defendant's Motion for Summary Judgment is **GRANTED**;

2. Plaintiff's Amended Complaint (ECF No. 13) is **DISMISSED**;

3. The Clerk of Court is directed to mark this action as **CLOSED**.

BY THE COURT:

*/s/ John M. Gallagher*
JOHN M. GALLAGHER
United States District Court Judge